## 25851. SUMMER v. THE STATE.

GUERRY, J. The defendant was indicted for assault with intent to murder. The jury returned a verdict of guilty. His motion for new trial contains only the general grounds. The evidence amply supports the verdict, and the judge did not err in overruling the motion.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JANUARY 7, 1937.

*Frank B. Stow*, for plaintiff in error.
*Robert McMillan, solicitor-general*, contra.

## 25939. COOK v. THE STATE.

GUERRY, J. The defendant was convicted of assault with intent to rape committed on a girl of eleven years. The evidence amply supports the verdict, and no error of law is complained of. The judge did not err in overruling the motion for new trial.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JANUARY 7, 1937.

*Corbitt & Summer*, for plaintiff in error.
*H. C. Morgan, solicitor-general*, contra.